IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KARIN POTTER and KATHERINE LAWYER,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>TERRY PETERSON,<br><br>　　　　Defendant, | CV 24-111-M-KLD<br><br>ORDER |

　　The parties have filed a joint Stipulation to Dismiss. (Doc. 18). The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

　　IT IS ORDERED that all pending motions are terminated and the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its owns costs and fees.

　　The Clerk of Court is directed to close the case file.

　　DATED this 6th day of January, 2025.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Kathleen L. DeSoto
　　　　　　　　　　　　　　United States Magistrate Judge

1